168 A.3d 63

MARSHALL

v.

STAR VALLEY

Pet. Docket No. 54, Sept.Term, 2017

Court of Appeals of Maryland.

August 25, 2017

(No. CAL16–37340, Circuit Court for Prince George's County.)

Petition for writ of certiorari denied

■

168 A.3d 63

MILES, Tavon

v.

STATE of Maryland

Pet. Docket No. 173, Sept.Term, 2017

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 605, Sept. Term, 2016).

Petition for writ of certiorari denied